AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. |
| Darrell Keith LANDREAU | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about September 27, 2022, November 11, 2023, and throughout, in the State and District of Colorado, the defendant, DARRELL KEITH LANDREAU, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent with The Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ Zachary Adams*
*Complainant's signature*

Zachary Adams, Special Agent, ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: March 14, 2024

*Judge's signature*

City and state: Denver, Colorado

The Hon. Susan Prose, U.S. Magistrate Judge
*Printed name and title*