DEFENDANT:  DARRELL KEITH LANDREAU

YEAR OF BIRTH:  1981

ADDRESS (CITY/STATE):  Colorado Springs, Colorado

OFFENSE:     Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1)

LOCATION OF OFFENSE (County and State):  El Paso County, Colorado

PENALTY:     NMT 15 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 Special Assessment

AGENT:  Special Agent Zachary Adams, ATF

AUTHORIZED BY:  Daniel McIntyre, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X    five days or less          _____  over five days  _____  other

THE GOVERNMENT

   X     Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

_____  Will not seek detention.

The statutory presumption of detention **is not** applicable to this defendant.